# United States District Court
## Violation Notice

CVB Location Code: **MD92**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6760252 | Abel | 1548 |

6760252

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 06/03/2017  1030 hrs
Offense Charged: ☒ State Code — MVL 13 411(f)

Place of Offense: 4110+ - NIH

Offense Description: Factual Basis for Charge
Fail to attach tag to front of veh.

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: CHEN
First Name: YG

[redacted]

Tag No: 8D6662  State: MD  Year: 14  Make/Model: Ford  Color: Blue

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 70 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 100 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN AUG 14, 2017 12:57

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:
- my personal observation
- my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN AUG 14, 2017 12:57